## ABRAHAM v. THE STATE.

(Decided January 9, 1917.)

Appeal from Court of Common Pleas, Montgomery Court.
Heard before Hon. M. H. Screws.

No counsel marked for appellant. W. L. Martin, Attorney General, for the State.

Per curiam. Appeal dismissed for failure to file transcript.

---

## ALABAMA FUEL & IRON CO. v. LAPUMA.

(Decided December 1, 1916.)

Appeal from Jefferson Circuit Court.
Heard before Hon. E. C. Crow.

No counsel marked for appellant. R. J. Wheeler, for appellee.

Per curiam. Appeal dismissed for want of prosecution.

---

## ALABAMA FUEL & IRON CO. v. THOMAS.

(Decided December 6, 1916.)

Appeal from Jefferson Circuit Court.
Heard before Hon. C. B. Smith.

Percy, Benners & Burr, for appellant. R. J. Wheeler, and Sinnott & Keen, for appellee.

Per curiam. Appeal dismissed by appellant.